UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI AUSTIN, ET AL.

    Plaintiff,

  v.                              CIVIL ACTION NO. 10-13185

                                 JUDGE PAUL D. BORMAN

CITI MORTGAGE, INC.,          MAGISTRATE JUDGE MARK A. RANDON

    Defendant.
_____/

## AMENDED SCHEDULING ORDER

This matter having come before the Court upon the motion of one of the parties and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED** that the Scheduling Order dates shall be amended as follows:

| *YOU WILL NOT RECEIVE ANY FURTHER NOTICE OF THE FOLLOWING DATES* | |
|---|---|
| Plaintiff's Expert's Report Due: | **4/27/2012** |
| Defendant's Expert's Report Due: | **5/4/2012** |
| Dispositive Motions Due: | **5/15/2012** |

All other dates to be determined.

                                        s/Mark A. Randon
                                        MARK A. RANDON
                                        UNITED STATES MAGISTRATE JUDGE

Dated: March 30, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, March 30, 2012, by electronic and/or first class U.S. mail.*

                                        *s/Melody R. Miles*
                                        *Case Manager to Magistrate Judge Mark A. Randon*
                                        *(313) 234-5542*