**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRANDI AUSTIN and CENTER FOR
COMMUNITY JUSTICE AND
ADVOCACY,

    Plaintiffs,

vs.

CITIMORTGAGE, INC.,

    Defendant.

CIVIL ACTION NO. 2:10-CV-13185

HONORABLE PAUL D. BORMAN

MAGISTRATE JUDGE MARK A. RANDON

---

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF**
**CENTER FOR COMMUNITY JUSTICE AND ADVOCACY'S**
**MOTION TO COMPEL DISCOVERY (DOCKET NO. 68)**

Plaintiff Center for Community Justice and Advocacy's motion to compel discovery is hereby granted in part and denied in part.

**IT IS ORDERED** that Defendant CitiMortgage, Inc. ("Citi") provide Home Affordable Modification Program (HAMP) data for the State of Michigan for the year 2009 through 2010, redacted to eliminate personal identification information. Specifically, Citi will provide Plaintiffs with a summary spreadsheet containing information about Michigan borrowers who were processed for a HAMP loan modification in 2009 and 2010.

**IT IS FURTHER ORDERED** the HAMP data shall be provided to Plaintiff Center for Community Justice and Advocacy's legal counsel within 21 days from the date of the entry of this order.

Plaintiff's remaining requests contained in the Motion to Compel, including the request for costs and sanctions, are denied.

**IT IS SO ORDERED**.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated:  May 31, 2012

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 31, 2012, by electronic and/or ordinary mail.*

<u>*s/Melody Miles*</u>
*Case Manager Magistrate Judge Mark A. Randon*
*(313) 234-5542*