UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI AUSTIN, ET AL,

          Plaintiff(s),

v.

CITIMORTGAGE, INC,

          Defendant(s).

Civil Action No. 10-13185

District Judge Paul D. Borman

Magistrate Judge Mark A. Randon

## NOTICE OF SETTLEMENT AGREEMENT

The matter having come before the Court for the purpose of settlement, the parties having reached a settlement, NOTICE IS HEREBY GIVEN THAT THE CASE IS RESOLVED.

Counsel for the plaintiff/defendant is directed to file a stipulation and order of dismissal for signature by the district judge on or before 7-15-13.

Dated: 5/29/13

_____
Mark A. Randon
United States Magistrate Judge

Consented to:

FILED
CLERK'S OFFICE
MAY 29 2013
U.S. DISTRICT COURT
EASTERN MICHIGAN

Plaintiff

_____
Counsel for Plaintiff

_____
Counsel for Defendant

Defendant